# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                        June 15, 2007
**Hon. Lisa Margaret Smith**
Chief United States Magistrate Judge

## <u>SCHEDULING ORDER</u>
07CV5704(WP4)(LMS)

Evan M. Foulke
Foulke Law Offices
1997 Route 17M, P.O. Box 239
Goshen, NY 10924

The matter of    **EY-V-CONN. GEN'L LIFE INS**    has been scheduled  for a

conference before the Hon. Lisa Margaret Smith, Chief United States Magistrate Judge on

September 6, 2007 at 10:45AM  in Courtroom 420.

**Parties shall submit an agreed upon scheduling order ( a sample is available on Judge Smith's website at www.nysd.uscourts.gov) on or before this appearance date.**

**Please notify all other parties of this schedule**

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED

Hon. Lisa Margaret Smith
U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____