# PROOF OF SERVICE

| | |
|---|---|
| **Case Style:** William J. Ey | **Case #** 07 CIV 5704 WP4 |
| **VS** Connecticut General Life Insurance Company, etal | |

**Service on Process on:** Cigna Group Insurance

**Name of Server:** Dennis S. Hinshaw, undersigned, being duly sworn, deposes and says that he/she was at the time of service, over the age of twenty-one, was not a party to this action;

**Date of Service:** August 21, 2007     **Time of Service:** 1:35 pm

**Location of Service:** (Address) 12225 Greenville Avenue, Suite 1000

(City) Dallas    (State) Texas    (Zip) 75243-9337    (County) Dallas

**Documents Served:** Summons and Complaint

**Person Served:** A true and correct copy of the aforesaid papers were served on the above-named party or witness in the following manner:

- [ ] By personally delivering them into the hands of the person to be served.
- [ ] (Substitute) by leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit: _____
- [X] By delivering them to an officer or managing agent whose name and title is: by delivering to Gracie Gunther, authorized to accept
- [ ] Other: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___
Age ___ ; Height ___ ; Weight ___

- [ ] To the best of my knowledge and belief, said person was not engaged in the U.S. Military at the time of service.

**Signature of Server:** Undersigned declares under Penalty of perjury that the Foregoing is true and correct.

Subscribed & Sworn to before me this 21st day of Aug., 20 07.

*[signature]*

**Name of Server**
Lawyers Civil Process
400 S. Houston Street, Suite 105
Dallas, Texas 75202
214-651-7111
Fax: 214-651-7114

**Notary Public**

MELISSA WOOLEY
MY COMMISSION EXPIRES
December 4, 2008

Dennis S. Hinshaw
Supreme Court No. SC000000628