UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
WILLIAM EY

                    Plaintiff

     -against-

CONNECTICUT GENERAL LIFE
INSURANCE COMPANY,
                    Defendant
------------------------------------------------------X

Index No. 07 Civ. 5704
(KMK) (LMS)

## NOTICE OF CHANGE OF ADDRESS

**To:** Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for: MATTHEW D. DONOVAN

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: MD 2940

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency*

    From: America Press, Inc.

    To: WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

    ☒ I will continue to be counsel of record on the above entitled case at my new firm/agency

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒ *Address:* 3 Gannett Drive, White Plains, New York 10604
☒ *Telephone Number:* 914-323-7000, Ext. 4428
☒ *Fax Number:* 914-323-7001
☒ *E-Mail Address:* matthew.donovan@wilsonelser.com

Dated: 9-24-07   _____[signature]_____

1697947.1