## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )ss.:
COUNTY OF ORANGE       )

   **JULIE A. GAVILANES**, being duly sworn, deposes and states as follows:

   That deponent is not a party to this action, is 18 years of age and resides at Goshen, New York. On the 26th day of September, 2007 deponent served the within *Amended Complaint* upon:

*Wilson, Elser, Moskowitz, Edelman & Dicker*
*Attorneys for Defendant*
*3 Gannett Drive*
*White Plains, NY 10604*

the address designated by said attorney for that purpose, by depositing a true copy of same enclosed in a post-paid wrapper, by first class mail, in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

                  JULIE A. GAVILANES

Sworn to before me this
26th day of September, 2007

_____
Notary Public

EVAN M. FOULKE
Notary Public, State of New York
No. 02FO5075259
Qualified in Orange County
Commission Expires March 31, 2011