UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WILLIAM J. EY,                                              :

                         Plaintiff,                 :           07 Civ. 5704 (LMS)

          - against -                              :

                                     **Rule 7.1 Disclosure Statement**

CONNECTICUT GENERAL LIFE INSURANCE          :
COMPANY,

                                  :

                     Defendant.              :

                                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel for Defendant Connecticut General Life Insurance Company certifies the

following:

       Connecticut General Life Insurance Company is a wholly owned subsidiary of

Connecticut General Corporation, which is a wholly owned subsidiary of CIGNA

Holdings.  CIGNA Holdings is a wholly owned subsidiary of CIGNA Corporation.

Dated:  White Plains, New York
         October 5, 2007

                                       WILSON, ELSER, MOSKOWITZ,
                                     EDELMAN & DICKER LLP

                                     By:     /s/ Matthew D. Donovan
                                     Fred N. Knopf (FNK 4625)
                                     Matthew D. Donovan (MD 2940)
                                     3 Gannett Drive
                                     White Plains, New York 10604-3407
                                     Phone (914) 323-7000
                                     Facsimile (914) 323-7001

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2007, a copy of the foregoing Rule 7.1 Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Matthew D. Donovan_____
Matthew D. Donovan (MD 2940)
3 Gannett Drive
White Plains, New York 10604-3407
Phone (914) 323-7000
Facsimile (914) 323-7001