**MEMORANDUM TO DOCKET CLERK / TAPELOG ORDER**

Before: Hon. Lisa Margaret Smith, USMJ

United States District Court
Southern District of New York
-----------------------------X
EY                                              Docket# **07CV5704**     **KMK**

       Plaintiff(s)                         ALL

  against

CONN GEN'L LIFE

       Defendant(s)
-----------------------------X

✓ Pretrial Conference   (In Person/Telephone)
__ Settlement Conference
__ Other _____

__ Began    ✓ Held    __ Continued    __ Completed    __ Scheduled

Date **10/04/2007**    Time **0930**    Duration (Min) **70**

For Plaintiff
Evan M. Foulke
Foulke Law Offices
1997 Route 17M, P.O. Box 239
Goshen, NY 10924
845-294-4308
Fax: 845-294-4309

For Defendant
Matthew David Donovan
America Press, Inc
106 West 56th Street
New York, NY 10019
(914)-419-1414
Fax: (212)-399-3596

Time to Answer or Move is stayed pending next conference.

Remarks

ADJOURNED DATE   11/2/07  10:15 (T.C.)

TAPELOG
Tape                               Submitted by/So Ordered
From         To                    Courtroom Deputy/USMJ

[U.S. DISTRICT COURT stamp: OCT - 4 2007 S.D. OF N.Y.]