UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
WILLIAM J. EY,                                  :

                      Plaintiff,                  :    07 Civ. 5704 (LMS)

       - against -                           :

                                      **Notice of Appearance**

CONNECTICUT GENERAL LIFE INSURANCE               :
COMPANY,
                                      :

                 Defendant.                      :

                                      :
------------------------------------------------x

PLEASE TAKE NOTICE that Defendant Connecticut General Life Insurance Company, hereby appears in the above-captioned action by and through its attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and demands that all pleadings, notices, motions, and legal documents served in connection with this action be served upon counsel.

Dated :    White Plains, New York
              October 16, 2007

                                        CONNECTICUT GENERAL LIFE
                                        INSURANCE COMPANY

                                  By:  s/Fred N. Knopf

                                        Fred Knopf (FNK 4625)
                                        WILSON, ELSER, MOSKOWITZ,
                                        EDELMAN & DICKER LLP
                                        3 Gannett Drive
                                        White Plains, NY 10604
                                        Telephone: (914) 323-7000

1718028.1