*Kasas, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
WILLIAM EY

             Plaintiff

   -against-

CONNECTICUT GENERAL LIFE
INSURANCE COMPANY,

            Defendant
----------------------------------------X

Index No. 07 Civ. 5704
(KMK) (LMS)

STIPULATION

### STIPULATION TO DISMISS SECOND CAUSE OF ACTION FOR ESTOPPEL

IT IS STIPULATED AND AGREED that Plaintiff hereby dismisses the Second Cause of Action for Estoppel against Defendant as pleaded in the Amended Complaint (¶¶ 68-75) in the above-captioned action. All other causes of action against Defendant in the Amended Complaint remain.

IT IS FURTHER STIPULATED AND AGREED that Defendant shall answer the Amended Complaint, excluding the dismissed Second Cause of Action, on or before November 9, 2007.

_____
Evan M. Foulke, Esq.
Foulke Law Offices
Attorneys for Plaintiff
1997 Route 17M
P.O. Box 239
Goshen, NY 10924

_____
Matthew D. Donovan, Esq.
Wilson Elser LLP
Attorneys for Defendant
3 Gannett Drive
White Plains, NY 10604

SO ORDERED:

1732711.1

_____
U.S.D.J.  11/6/07
*dated*

RECEIVED TIME  NOV. 1.  3:32PM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED:_____