# FOULKE LAW OFFICES
1997 Route 17M
P.O. Box 239
Goshen, New York 10924
Phone: 845-294-4308   Fax: 845-294-4309

New Jersey Office:
891 Prince Street
Teaneck, NJ 07666
(845) 294-4308

December 14, 2007

DEC 14 2007

**VIA FACSIMILE (914-390-4135)**
Honorable Lisa Margaret Smith
Chief U.S. Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    William J. Ey v. Connecticut General Life Insurance Company
           Docket No.      07 Civ. 5704

Dear Judge Smith:

    Please be advised that the parties have agreed to a settlement in this matter and are in the process of negotiating and executing a settlement agreement.

    In light of the settlement, I write on behalf of both parties to jointly request that the December 17, 2007 conference be adjourned for thirty (30) days to permit the parties to finalize the settlement agreement and file a Stipulation of Discontinuance with the Court. I also have two other court conferences scheduled for the morning of December 17, 2007.

    Very truly yours,

    Evan M. Foulke

EMF/jg

cc:    Matthew Donovan, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
D
ED:

[Handwritten annotations in margins:]
"Deemed letter motion. Motion granted. Conference adjourned sine die. If no settlement is reached by Jan. 18, 2008, please notify the court of a conference to be scheduled. SO ORDERED. /s/ [signature] 12/14/07"