UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM J. EY

                                  Plaintiff

                                                      07 cv 5704 (KMK)(LMS)

          v.

CONNECTICUT GENERAL LIFE
INSURANCE COMPANY ETC.

                                  Defendant

---

FOLLOWING MEDIATION THE PARTIES HAVE REACHED A SETTLEMENT AGREEMENT AND WILL FILE APPROPRIATE PAPERS.

| Date | Attorney for Plaintiff |
|---|---|
| 12-4-07 | /s/ Matt Doure |
| Date | Attorney for Defendant |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

The Clerk is respectfully requested to close this case.

SO ORDERED

/s/ KENNETH M. KARAS U.S.D.J.
12/17/07