UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM J. EY,

                Plaintiff,

-against-

CONNECTICUT GENERAL LIFE INSURANCE COMPANY,

                Defendant.

---

Docket No. 07-cv-5704 (LMS)(KMK)

**STIPULATION OF DISCONTINUANCE**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued as against the defendant, Connecticut General Life Insurance Company, with prejudice and without costs to either party as against the other.

Dated: January 10, 2008

FOULKE LAW OFFICES

By: _____
    Evan M. Foulke, Esq.
Attorneys for Plaintiff
1997 Route 17M
Goshen, New York 10924
845-294-4308

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER

By: _____
    Matthew Donovan, Esq.
Attorneys for Defendant
3 Gannett Drive
White Plains, NY 10604
914-323-7000

So Ordered:

January 15, 2008
White Plains, NY

_____
U.S.D.J.